Argued and submitted May 5, petition for review dismissed as improvidently allowed
May 21, 1992

In the Matter of the Compensation of
Jeannie S. Hubbard, Claimant.

INTERNATIONAL PAPER COMPANY,
*Petitioner on Review,*

*v.*

Jeannie S. HUBBARD,
*Respondent on Review.*

(WCB 88-05829; CA A65248; SC S38715)

830 P2d 591

Paul L. Roess, Lake Oswego, argued the cause and filed the petition for petitioner on review.

Malcolm J. Corrigall, of Ormsbee & Corrigall, Coos Bay, argued the cause and filed the response for respondent on review.

MEMORANDUM OPINION

Petition for review dismissed as improvidently allowed.